UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

OLIVIA SHEPARD HAYES, )
JANICE HAYES, )
)
    **Plaintiffs,** )
)
v. ) Docket No.: 05-2019-MaV
)
HOME TECH SERVICES CO., INC., )
MEMPHIS FINANCIAL SERVICES, INC., )
WORLDWIDE MORTGAGE CORPORATION, )
NOVASTAR MORTGAGE, INC., EQUITY )
TITLE AND ESCROW CO. OF MEMPHIS, LLC, )
EARNEST WELLS, and GREGG DREW, )
)
    **Defendants.** )

## RULE 16(B) SCHEDULING ORDER

The following dates have been established as the final dates for:

INITIAL DISCLOSURES:    May 4, 2005

JOINING PARTIES:    June 15, 2005

AMENDING PLEADINGS:    June 15, 2005

COMPLETING ALL DISCOVERY:    April 14, 2006

    (a)    DOCUMENT PRODUCTION:    November 4, 2005

    (b)    DEPOSITIONS, INTERROGATORIES,
            AND REQUESTS FOR ADMISSIONS:    November 4, 2005

    (c)    EXPERT WITNESS DISCLOSURE:

          (1)    DISCLOSURE OF PLAINTIFFS'
                  RULE 26 EXPERT INFORMATION:    January 3, 2006

This document entered on the docket sheet in compliance
with Rule 58 and/or 79(a) FRCP on 4-25-05

      (2)    DISCLOSURE OF DEFENDANTS'
             RULE 26 EXPERT INFORMATION:    March 3, 2006

      (3)    EXPERT WITNESS DEPOSITIONS:    April 14, 2006

FILING DISPOSITIVE MOTIONS:    June 2, 2006

OTHER RELEVANT MATTERS:

    No depositions may be scheduled to occur after the discovery cutoff date. All motions, requests for admissions, or other filings that require a response must be filed sufficiently in advance of the discovery cutoff date to enable opposing counsel to respond by the time permitted by the Rules prior to that date.

    Motions to compel discovery are to be filed and served by the discovery deadline or within 30 days of the default or the service of the response, answer, or objection, which is the subject of the motion, if the default occurs within 30 days of the discovery deadline, unless the time for filing of such motion is extended for good cause shown, or the objection to the default, response, answer, or objection shall be waived.

    The parties are reminded that pursuant to Local Rule 11(a)(1)(A), all motions, except motions pursuant to FED. R. CIV. P. 12, 56, 59, and 60 shall be accompanied by a proposed order.

    This case is set for jury trial, and the trial is expected to last 4 to 5 days. The pretrial order date, pretrial conference date, and trial date will be set by the presiding judge.

    The opposing party may file a response to any motion filed in this matter. Neither party may file an additional reply, however, without leave of the court. If a party believes that a reply is necessary, it shall file a motion for leave to file a reply accompanied by a memorandum setting forth the reasons for which a reply is required.

    The parties have not consented to trial before the magistrate judge.

    The court will schedule a conference call after the close of discovery to discuss ADR.

    Absent good cause shown, the scheduling dates set by this order will not be modified or extended.

    IT IS SO ORDERED.

*/s/ Diane K. Vescovo*
DIANE K. VESCOVO
UNITED STATES MAGISTRATE JUDGE

Date: April 21, 2005



# Notice of Distribution

This notice confirms a copy of the document docketed as number 29 in case 2:05-CV-02019 was distributed by fax, mail, or direct printing on April 25, 2005 to the parties listed.

---

Bruce E. Alexander
WEINER BRODSKY SIDMAN KIDER, P.C.
1300 19th Street, N.W.
5th floor
Washington, DC 20036--160

John S. Golwen
BASS BERRY & SIMS PLC- Memphis
100 Peabody Place
Ste. 900
Memphis, TN 38103

Margaret R. Barr-Myers
MEMPHIS AREA LEGAL SERVICES, INC.
109 N. Main Street
Ste. 201
Memphis, TN 38103

R. Porter Feild
BURCH PORTER & JOHNSON
130 N. Court Avenue
Memphis, TN 38103

W. Timothy Hayes
THE HARDISON LAW FIRM
119 S. Main St.
Ste. 300
Memphis, TN 38103

Sapna V. Raj
MEMPHIS AREA LEGAL SERVICES, INC.
109 N. Main Street
Ste. 201
Memphis, TN 38103

Webb A. Brewer
MEMPHIS AREA LEGAL SERVICES, INC.
109 N. Main Street
Ste. 201
Memphis, TN 38103

Kristen C. Wright
BASS BERRY & SIMS PLC- Memphis
100 Peabody Place
Ste. 900
Memphis, TN 38103

Mitchel H. Kider
WEINER BRODSKY SIDMAN KIDER, P.C.
1300 19th Street, N.W.
5th floor
Washington, DC 20036--160

Honorable Samuel Mays
US DISTRICT COURT