IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

OLIVIA HAYES, ET AL.,

    Plaintiffs,

VS.                                     NO. 05-2019-Ma/V

WORLDWIDE MORTGAGE CORP., ET AL.,

    Defendants.

---

ORDER ALLOWING EXCESS PAGE LIMIT

---

Before the court is the April 13, 2005, motion by plaintiffs for permission to file their response to Defendants' Motion to Dismiss in excess of the Rule 7.2(e) page limitation. For good cause shown, the motion is granted and plaintiffs may file their response exceeding the page limitation.

So ORDERED this 13th day of May, 2005.

                                                        /s/ Samuel H. Mays, Jr.
                                                        SAMUEL H. MAYS, JR.
                                                        UNITED STATES DISTRICT JUDGE

FILED BY [initials] D.C.
05 MAY 13 PM 3:46
ROBERT [illegible]
CLERK, U.S. DIST. CT.
W.D. OF TN, MEMPHIS



# Notice of Distribution

This notice confirms a copy of the document docketed as number 34 in case 2:05-CV-02019 was distributed by fax, mail, or direct printing on May 18, 2005 to the parties listed.

---

Bruce E. Alexander
WEINER BRODSKY SIDMAN KIDER, P.C.
1300 19th Street, N.W.
5th floor
Washington, DC 20036--160

Margaret R. Barr-Myers
MEMPHIS AREA LEGAL SERVICES, INC.
109 N. Main Street
Ste. 201
Memphis, TN 38103

Webb A. Brewer
MEMPHIS AREA LEGAL SERVICES, INC.
109 N. Main Street
Ste. 201
Memphis, TN 38103

R. Porter Feild
BURCH PORTER & JOHNSON
130 N. Court Avenue
Memphis, TN 38103

John S. Golwen
BASS BERRY & SIMS PLC- Memphis
100 Peabody Place
Ste. 900
Memphis, TN 38103

W. Timothy Hayes
THE HARDISON LAW FIRM
119 S. Main St.
Ste. 300
Memphis, TN 38103

Mitchel H. Kider
WEINER BRODSKY SIDMAN KIDER, P.C.
1300 19th Street, N.W.
5th floor
Washington, DC 20036--160

Virginia M. Patterson
THE HARDISON LAW FIRM
119 S. Main St.
Ste. 300
Memphis, TN 38103

Sapna V. Raj
MEMPHIS AREA LEGAL SERVICES, INC.
109 N. Main Street
Ste. 201
Memphis, TN 38103

Kristen C. Wright
BASS BERRY & SIMS PLC- Memphis
100 Peabody Place
Ste. 900
Memphis, TN 38103

Honorable Samuel Mays
US DISTRICT COURT