FILED BY ▢▢ D.C.

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

05 MAY 19 AM 6:50

ROBERT R. DI TROLIO
CLERK, U.S. DIST. CT.
W.D. OF TN, MEMPHIS

JANICE and OLIVIA SHEPARD HAYES,

    Plaintiffs,

V.                                                                 NO. 05-2019-Ma/V

HOME TECH SERVICES CO., INC., et al.,

    Defendants.

---

### ORDER GRANTING PERMISSION TO FILE REPLY AND ORDER DENYING REQUEST FOR HEARING

---

Before the court is defendant NovaStar Mortgage, Inc.'s May 17, 2005, motion to file a reply memorandum in support of its motion to dismiss in excess of 20 pages. Defendant also requests a hearing on its Motion to Dismiss.

For good cause shown, the motion to file a reply memorandum in excess of 20 pages is granted. Defendant NovaStar Mortgage, Inc.'s reply memorandum attached to its motion for leave to file reply shall be deemed filed as of the date of entry of this order. Defendant NovaStar Mortgage, Inc.'s request for a hearing on its motion to dismiss is denied.

IT IS SO ORDERED this 18th day of May, 2005.

                                       SAMUEL H. MAYS, JR.
                                       UNITED STATES DISTRICT JUDGE

This document entered on the docket sheet in compliance with Rule 58 and/or 79(a) FRCP on 5-20-05

37



# Notice of Distribution

This notice confirms a copy of the document docketed as number 37 in case 2:05-CV-02019 was distributed by fax, mail, or direct printing on May 20, 2005 to the parties listed.

---

Bruce E. Alexander
WEINER BRODSKY SIDMAN KIDER, P.C.
1300 19th Street, N.W.
5th floor
Washington, DC 20036--160

Webb A. Brewer
MEMPHIS AREA LEGAL SERVICES, INC.
109 N. Main Street
Ste. 201
Memphis, TN 38103

Margaret R. Barr-Myers
MEMPHIS AREA LEGAL SERVICES, INC.
109 N. Main Street
Ste. 201
Memphis, TN 38103

R. Porter Feild
BURCH PORTER & JOHNSON
130 N. Court Avenue
Memphis, TN 38103

John S. Golwen
BASS BERRY & SIMS PLC- Memphis
100 Peabody Place
Ste. 900
Memphis, TN 38103

Sapna V. Raj
MEMPHIS AREA LEGAL SERVICES, INC.
109 N. Main Street
Ste. 201
Memphis, TN 38103

Virginia M. Patterson
THE HARDISON LAW FIRM
119 S. Main St.
Ste. 300
Memphis, TN 38103

Mitchel H. Kider
WEINER BRODSKY SIDMAN KIDER, P.C.
1300 19th Street, N.W.
5th floor
Washington, DC 20036--160

Kristen C. Wright
BASS BERRY & SIMS PLC- Memphis
100 Peabody Place
Ste. 900
Memphis, TN 38103

W. Timothy Hayes
THE HARDISON LAW FIRM
119 S. Main St.
Ste. 300
Memphis, TN 38103

Honorable Samuel Mays
US DISTRICT COURT