IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

---

OLIVIA SHEPARD HAYES, ET AL.,

    Plaintiffs,

VS.                            NO. 05-2019-Ma

HOME TECH SERVICES CO., ET AL.,

    Defendants.

---

ORDER AMENDING SCHEDULE

---

Pursuant to the June 6, 2005, letter to the court from Bruce Alexander, deemed by the court to be a motion to re-set the trial in this matter, the court held a status conference on June 23, 2005. Attending on behalf of the plaintiffs were Webb Brewer and Sapna Raj. Participating on behalf of the defendants were Evan Nahmias, Bruce Alexander, John Golwen, Mary Katherine Hovious, and Virginia Patterson. For good cause shown, the court amends the scheduling order as follows:

1. Plaintiffs' response to the pending motion to dismiss is due July 5, 2005.
2. The parties will submit a joint proposed pretrial order by 5:00 p.m. on September 1, 2006.
3. A pretrial conference is set September 8, 2006, at 9:00 a.m.
4. The jury trial is re-set to Monday, September 18, 2006, at 9:30 a.m. and is expected to take 6 days.

This document entered on the docket sheet in compliance with Rule 58 and/or 79(a) FRCP on 7-7-05

Absent good cause, the amended schedule set by this order will not be modified or extended.

So ORDERED this 30th day of June, 2005.

_____
SAMUEL H. MAYS, JR.
UNITED STATES DISTRICT JUDGE

# UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 44 in case 2:05-CV-02019 was distributed by fax, mail, or direct printing on July 7, 2005 to the parties listed.

---

Kristen C. Wright
BASS BERRY & SIMS PLC- Memphis
100 Peabody Place
Ste. 900
Memphis, TN 38103

Sapna V. Raj
MEMPHIS AREA LEGAL SERVICES, INC.
109 N. Main Street
Ste. 201
Memphis, TN 38103

Virginia M. Patterson
THE HARDISON LAW FIRM
119 S. Main St.
Ste. 300
Memphis, TN 38103

Evan Nahmias
MCDONALD KUHN
119 South Main St.
Ste. 400
Memphis, TN 38103

Mitchel H. Kider
WEINER BRODSKY SIDMAN KIDER, P.C.
1300 19th Street, N.W.
5th floor
Washington, DC 20036--160

W. Timothy Hayes
THE HARDISON LAW FIRM
119 S. Main St.
Ste. 300
Memphis, TN 38103

John S. Golwen
BASS BERRY & SIMS PLC- Memphis
100 Peabody Place
Ste. 900
Memphis, TN 38103

R. Porter Feild
BURCH PORTER & JOHNSON
130 N. Court Avenue
Memphis, TN 38103

Webb A. Brewer
MEMPHIS AREA LEGAL SERVICES, INC.
109 N. Main Street
Ste. 201
Memphis, TN 38103

Margaret R. Barr-Myers
MEMPHIS AREA LEGAL SERVICES, INC.
109 N. Main Street
Ste. 201
Memphis, TN 38103

Bruce E. Alexander
WEINER BRODSKY SIDMAN KIDER, P.C.
1300 19th Street, N.W.
5th floor
Washington, DC 20036--160

Honorable Samuel Mays
US DISTRICT COURT