IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

FILED BY _____ D.C.

05 SEP -8 PM 3:01

THOMAS M. GOULD
CLERK, U.S. DISTRICT COURT
W/D OF TN, MEMPHIS

| | | |
|---|---|---|
| OLIVIA SHEPARD HAYES, JANICE HAYES, | ) ) ) | |
| Plaintiff, | ) ) ) | |
| vs. | ) ) ) | No.  05-2019 Ma/V |
| HOME TECH SERVICES CO., INC., et al., | ) ) ) ) | |
| Defendant. | ) | |

### ORDER GRANTING DEFENDANT'S MOTION TO COMPEL

Before the court is the July 8, 2005 motion of the defendant, NovaStar Mortgage, Inc., pursuant to Rule 37 of the Federal Rules of Civil Procedure, to compel the plaintiffs, Olivia Shepard Hayes and Janice Hayes, to respond to NovaStar's first set of requests for admissions served on the plaintiffs on May 19, 2005. The motion has been referred to the United States Magistrate Judge for determination. For the following reasons, the motion is granted.

Pursuant to Local Rule 7.2(a)(2), responses to motions in civil cases are to be filed within fifteen days after service of the motion. The plaintiffs have not filed a response to this motion, and the time for responding has now expired. Rule 7.2(a)(2) further provides that "[f]ailure to respond timely to any motion . . . may be deemed good grounds for granting the motion."

In the absence of any response by the plaintiffs, NovaStar's motion is granted. The plaintiffs are directed to respond to NovaStar's first set of requests for admission within fifteen days of the date of service of this order.

IT IS SO ORDERED this 7th day of September, 2005.

*Diane K. Vescovo*

DIANE K. VESCOVO
UNITED STATES MAGISTRATE JUDGE

UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 50 in case 2:05-CV-02019 was distributed by fax, mail, or direct printing on September 13, 2005 to the parties listed.

---

R. Porter Feild
BURCH PORTER & JOHNSON
130 N. Court Avenue
Memphis, TN 38103

Webb A. Brewer
MEMPHIS AREA LEGAL SERVICES, INC.
109 N. Main Street
Ste. 201
Memphis, TN 38103

Bruce E. Alexander
WEINER BRODSKY SIDMAN KIDER, P.C.
1300 19th Street, N.W.
5th floor
Washington, DC 20036--160

Mary Katherine Hovious
BASS BERRY & SIMS PLC- Memphis
100 Peabody Place
Ste. 900
Memphis, TN 38103

Mitchel H. Kider
WEINER BRODSKY SIDMAN KIDER, P.C.
1300 19th Street, N.W.
5th floor
Washington, DC 20036--160

Margaret R. Barr-Myers
MEMPHIS AREA LEGAL SERVICES, INC.
109 N. Main Street
Ste. 201
Memphis, TN 38103

W. Timothy Hayes
THE HARDISON LAW FIRM
119 S. Main St.
Ste. 300
Memphis, TN 38103

Kristen C. Wright
BASS BERRY & SIMS PLC- Memphis
100 Peabody Place
Ste. 900
Memphis, TN 38103

Sapna V. Raj
MEMPHIS AREA LEGAL SERVICES, INC.
109 N. Main Street
Ste. 201
Memphis, TN 38103

Virginia M. Patterson
THE HARDISON LAW FIRM
119 S. Main St.
Ste. 300
Memphis, TN 38103

John S. Golwen
BASS BERRY & SIMS PLC- Memphis
100 Peabody Place
Ste. 900
Memphis, TN 38103

Evan Nahmias
MCDONALD KUHN
119 South Main St.
Ste. 400
Memphis, TN 38103

Honorable Samuel Mays
US DISTRICT COURT