IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

FILED BY _____ D.C.

05 SEP 21 PM 4: 15

THOMAS M. GOULD
CLERK, U.S. DISTRICT COURT
W/D OF MEMPHIS

OLIVIA HAYES,

    Plaintiff,

v.

NO: 2:05-cv-02019-SHM-dkv

HOME TECH SERVICES COMPANY, INC.,
MEMPHIS FINANCIAL SERVICES, INC.,
WORLDWIDE MORTGAGE CORPORATION,
NOVASTAR MORTGAGE, INC., EQUITY TITLE
AND ESCROW CO. OF MEMPHIS, LLC,
EARNEST WELLS AND GREGG DREW

    Defendants.

## [PROPOSED] ORDER ON MOTION FOR EXTENSION OF TIME TO RESPOND TO PLAINTIFF'S COMPLAINT

Before the Court is the Motion of Home Tech Services, Inc.; Memphis Financial Services, Inc.; and Worldwide Mortgage Corp. ("Home Tech," MFS," or "Worldwide" respectively or "moving Defendants" collectively) for extension of time to respond to Plaintiff's Complaint. The Court finds this Motion is well taken and should be granted.

IT IS THEREFORE ORDERED that Memphis Financial Services respond to Plaintiff's Complaint on or before October 1, 2005.

_____
JUDGE

DATE: September 21, 2005

This document entered on the docket sheet in compliance
with Rule 58 and/or 79(a) FRCP on 9-23-05

52

UNITED STATES DISTRICT COURT WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 52 in case 2:05-CV-02019 was distributed by fax, mail, or direct printing on September 23, 2005 to the parties listed.

---

Bruce E. Alexander
WEINER BRODSKY SIDMAN KIDER, P.C.
1300 19th Street, N.W.
5th floor
Washington, DC 20036--160

Kristen C. Wright
BASS BERRY & SIMS PLC- Memphis
100 Peabody Place
Ste. 900
Memphis, TN 38103

Mitchel H. Kider
WEINER BRODSKY SIDMAN KIDER, P.C.
1300 19th Street, N.W.
5th floor
Washington, DC 20036--160

Mary Katherine Hovious
BASS BERRY & SIMS PLC- Memphis
100 Peabody Place
Ste. 900
Memphis, TN 38103

R. Porter Feild
BURCH PORTER & JOHNSON
130 N. Court Avenue
Memphis, TN 38103

W. Timothy Hayes
THE HARDISON LAW FIRM
119 S. Main St.
Ste. 300
Memphis, TN 38103

John S. Golwen
BASS BERRY & SIMS PLC- Memphis
100 Peabody Place
Ste. 900
Memphis, TN 38103

Webb A. Brewer
MEMPHIS AREA LEGAL SERVICES, INC.
109 N. Main Street
Ste. 201
Memphis, TN 38103

Margaret R. Barr-Myers
MEMPHIS AREA LEGAL SERVICES, INC.
109 N. Main Street
Ste. 201
Memphis, TN 38103

Sapna V. Raj
MEMPHIS AREA LEGAL SERVICES, INC.
109 N. Main Street
Ste. 201
Memphis, TN 38103

Virginia M. Patterson
THE HARDISON LAW FIRM
119 S. Main St.
Ste. 300
Memphis, TN 38103

Evan Nahmias
MCDONALD KUHN
119 South Main St.
Ste. 400
Memphis, TN 38103

Honorable Samuel Mays
US DISTRICT COURT