IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

| | |
|---|---|
| JANICE and OLIVIA SHEPARD HAYES,<br><br>     Plaintiff,<br><br>vs.<br><br>HOME TECH SERVICES CO., INC.,<br>et al.,<br><br>     Defendants. | No. 05-2019MaV |

ORDER GRANTING PLAINTIFFS' MOTION TO MODIFY THE SCHEDULING ORDER

Before the court is the motion of the plaitniffs, Janice and Olivia Shepard Hayes, filed October 20, 2005, seeking a limited extension of the discovery period of forty-one days, from November 4, 2005, to December 15, 2005. The defendant Novastar Maortgage, Inc. opposes amending the scheduling order to allow additional time for discovery and insists that the plaintiffs have not shown good cause to amend the scheduling order. The motion was referred to the United States Magistrate Judge for determination.

A hearing was held Tuesday, November 1, 2005. For the reasons stated at the hearing, the plaintiffs' motion is granted as follows:

As to the plaintiffs, the discovery deadline is extended to December 15, 2005, for the limited purpose of scheduling and

This document entered on the docket sheet in compliance
with Rule 58 and/or 79(a) FRCP on _11-7-05_

completing the five depositions previously noticed by the plaintiffs. In addition, all written discovery already propounded by the plaintiffs to the defendants shall be deemed timely, and the defendants shall respond to the written discovery.

As to the defendants, the discovery deadline is also extended to December 15, 2005, and the defendants can propound additional written discovery as long as the written discovery is timely propounded so that the plaintiffs have the time allowed by the rules to respond. The defendants may also schedule and complete depositions of the plaintiffs previously noticed.

All other dates remain the same.

IT IS SO ORDERED this 1st day of November, 2005.

_Diane K. Vescovo_
DIANE K. VESCOVO
UNITED STATES MAGISTRATE JUDGE

UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 65 in case 2:05-CV-02019 was distributed by fax, mail, or direct printing on November 7, 2005 to the parties listed.

---

Kristen C. Wright
BASS BERRY & SIMS PLC- Memphis
100 Peabody Place
Ste. 900
Memphis, TN 38103

Sapna V. Raj
MEMPHIS AREA LEGAL SERVICES, INC.
109 N. Main Street
Ste. 201
Memphis, TN 38103

Virginia M. Patterson
THE HARDISON LAW FIRM
119 S. Main St.
Ste. 300
Memphis, TN 38103

Evan Nahmias
MCDONALD KUHN
119 South Main St.
Ste. 400
Memphis, TN 38103

Mitchel H. Kider
WEINER BRODSKY SIDMAN KIDER, P.C.
1300 19th Street, N.W.
5th floor
Washington, DC 20036--160

Mary Katherine Hovious
BASS BERRY & SIMS PLC- Memphis
100 Peabody Place
Ste. 900
Memphis, TN 38103

W. Timothy Hayes
THE HARDISON LAW FIRM
119 S. Main St.
Ste. 300
Memphis, TN 38103

John S. Golwen
BASS BERRY & SIMS PLC- Memphis
100 Peabody Place
Ste. 900
Memphis, TN 38103

R. Porter Feild
BURCH PORTER & JOHNSON
130 N. Court Avenue
Memphis, TN 38103

Webb A. Brewer
MEMPHIS AREA LEGAL SERVICES, INC.
109 N. Main Street
Ste. 201
Memphis, TN 38103

Margaret R. Barr-Myers
MEMPHIS AREA LEGAL SERVICES, INC.
109 N. Main Street
Ste. 201
Memphis, TN 38103

Bruce E. Alexander
WEINER BRODSKY SIDMAN KIDER, P.C.
1300 19th Street, N.W.
5th floor
Washington, DC 20036--160

Honorable Samuel Mays
US DISTRICT COURT