IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

FILED BY _____ D.C.
05 NOV 21 AM 11: 33

THOMAS M. GOULD
CLERK, U.S. DISTRICT COURT
W/D OF TN, MEMPHIS

JANICE and OLIVIA SHEPARD HAYES,

    Plaintiffs,

vs.    No. 05-2019 Ma/V

HOME TECH SERVICES CO., INC., *et al.*,

    Defendants.

### ORDER GRANTING NOVASTAR MORTGAGE, INC.'S MOTION FOR EXTENSION OF TIME

This matter came before the Court upon the Combined and Unopposed Motion and Memorandum by NovaStar Mortgage, Inc. ("NovaStar") to Extend Time to Compel Responses [by plaintiffs] to Novastar's First Sets of Interrogatories and Requests for Production of Documents.

Upon due consideration of the matter before the Court, it appears that NovaStar's Motion should be granted.

IT IS THEREFORE, ORDERED, ADJUDGED, AND DECREED that:

1.    NovaStar shall file any motion(s) to compel by December 2, 2005, concerning any responses/answers that plaintiffs' served on or about October 17/18, 2005, to NovaStar's First Set of Interrogatories and Requests for Production of Documents.

2.    In the alternative, and to the extent that plaintiffs' attorneys elect to amend plaintiffs' responses/answers to NovaStar's First Set of Interrogatories and Requests for

This document entered on the docket sheet in compliance with Rule 58 and/or 79(a) FRCP on 11-21-05



Production of Documents, NovaStar shall file any motion(s) to compel about such amended responses/answers within 30 days of being served.

_____
UNITED STATES ~~DISTRICT~~/MAGISTRATE JUDGE

DATE: _November 22, 2005_

# UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 74 in case 2:05-CV-02019 was distributed by fax, mail, or direct printing on November 21, 2005 to the parties listed.

---

Stephen G. Smith
THE HARDISON LAW FIRM
119 S. Main St.
Ste. 300
Memphis, TN 38103

Virginia M. Patterson
THE HARDISON LAW FIRM
119 S. Main St.
Ste. 300
Memphis, TN 38103

W. Timothy Hayes
THE HARDISON LAW FIRM
119 S. Main St.
Ste. 300
Memphis, TN 38103

Deena B. Bostian
Memphis Fair Housing Center
109 N. Main
Suite 201
Memphis, TN 38103

Bruce E. Alexander
WEINER BRODSKY SIDMAN KIDER, P.C.
1300 19th Street, N.W.
5th floor
Washington, DC 20036--160

John S. Golwen
BASS BERRY & SIMS PLC- Memphis
100 Peabody Place
Ste. 900
Memphis, TN 38103

Kristen C. Wright
BASS BERRY & SIMS PLC- Memphis
100 Peabody Place
Ste. 900
Memphis, TN 38103

Evan Nahmias
MCDONALD KUHN
119 South Main St.
Ste. 400
Memphis, TN 38103

Webb A. Brewer
MEMPHIS AREA LEGAL SERVICES, INC.
109 N. Main Street
Ste. 201
Memphis, TN 38103

Margaret R. Barr-Myers
MEMPHIS AREA LEGAL SERVICES, INC.
109 N. Main Street
Ste. 201
Memphis, TN 38103

R. Porter Feild
BURCH PORTER & JOHNSON
130 N. Court Avenue
Memphis, TN 38103

Mitchel H. Kider
WEINER BRODSKY SIDMAN KIDER, P.C.
1300 19th Street, N.W.
5th floor
Washington, DC 20036--160

Sapna V. Raj
MEMPHIS AREA LEGAL SERVICES, INC.
109 N. Main Street
Ste. 201
Memphis, TN 38103

Mary Katherine Hovious
BASS BERRY & SIMS PLC- Memphis
100 Peabody Place
Ste. 900
Memphis, TN 38103

Honorable Samuel Mays
US DISTRICT COURT