FILED BY ___ D.C.

05 DEC 19 PM 4: 57

THOMAS M. GOULD
CLERK, U.S. DISTRICT COURT
W/D OF T___ __PHS

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

OLIVIA HAYES,

        Plaintiff,

v.                                           NO: 2:05-cv-02019-SHM-dkv

HOME TECH SERVICES COMPANY, INC.,
MEMPHIS FINANCIAL SERVICES, INC.,
WORLDWIDE MORTGAGE CORPORATION,
NOVASTAR MORTGAGE, INC., EQUITY TITLE
AND ESCROW CO. OF MEMPHIS, LLC,
EARNEST WELLS AND GREGG DREW

        Defendants.

## ORDER GRANTING MOTION OF EVAN NAHMIAS, LOYS A JORDAN AND THE LAW FIRM OF MCDONALD KUHN, PLLC TO WITHDRAW AS COUNSEL FOR HOME TECH SERVICES, MEMPHIS FINANCIAL SERVICES, WORLDWIDE MORTGAGE CORP. AND EARNEST WELLS

CAME, Evan Nahmias, Loys A. Jordan, Lisa Overall and the law firm of McDonald Kuhn, PLLC ("Movants") and moved this Court for an Order permitting their withdraw from representation and relief from any further responsibility for the Defendants, Worldwide Mortgage Corporation, Memphis Financial Services, Inc., and Earnest Wells, ("Defendants").

THE MOTION IS WELL TAKEN.

This document entered on the docket sheet in compliance
with Rule 58 and/or 79(a) FRCP on __12-21-05__

77

THEREOFRE, IT IS ORDERED THAT Evan Nahmias, Loys A. Jordan, Lisa Overall and the law firm of McDonald Kuhn, PLLC are released from representing Defendants, Worldwide Mortgage Corporation, Memphis Financial Services, Inc., and Earnest Wells, and that they are relieved of any future obligation in this matter.

Dated this 19th day of December, 2005.

Judge: _Diane K. Vescovo_
U.S. Magistrate Judge

UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 77 in case 2:05-CV-02019 was distributed by fax, mail, or direct printing on December 21, 2005 to the parties listed.

---

Kristen C. Wright
BASS BERRY & SIMS PLC- Memphis
100 Peabody Place
Ste. 900
Memphis, TN 38103

Stephen G. Smith
THE HARDISON LAW FIRM
119 S. Main St.
Ste. 300
Memphis, TN 38103

Sapna V. Raj
MEMPHIS AREA LEGAL SERVICES, INC.
109 N. Main Street
Ste. 201
Memphis, TN 38103

Evan Nahmias
MCDONALD KUHN
119 South Main St.
Ste. 400
Memphis, TN 38103

Mitchel H. Kider
WEINER BRODSKY SIDMAN KIDER, P.C.
1300 19th Street, N.W.
5th floor
Washington, DC 20036--160

Mary Katherine Hovious
BASS BERRY & SIMS PLC- Memphis
100 Peabody Place
Ste. 900
Memphis, TN 38103

W. Timothy Hayes
THE HARDISON LAW FIRM
119 S. Main St.
Ste. 300
Memphis, TN 38103

John S. Golwen
BASS BERRY & SIMS PLC- Memphis
100 Peabody Place
Ste. 900
Memphis, TN 38103

R. Porter Feild
BURCH PORTER & JOHNSON
130 N. Court Avenue
Memphis, TN 38103

Webb A. Brewer
MEMPHIS AREA LEGAL SERVICES, INC.
109 N. Main Street
Ste. 201
Memphis, TN 38103

Virginia Patterson Bozeman
THE HARDISON LAW FIRM
119 S. Main St.
Ste. 300
Memphis, TN 38103

Deena B. Bostian
Memphis Fair Housing Center
109 N. Main
Suite 201
Memphis, TN 38103

Margaret R. Barr-Myers
MEMPHIS AREA LEGAL SERVICES, INC.
109 N. Main Street
Ste. 201
Memphis, TN 38103

Bruce E. Alexander
WEINER BRODSKY SIDMAN KIDER, P.C.
1300 19th Street, N.W.
5th floor
Washington, DC 20036--160

Honorable Samuel Mays
US DISTRICT COURT