IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

OLIVIA HAYES,

    Plaintiff,

VS.                              NO. 05-2019-MaV

HOME TECH SERVICES CO., INC., ET AL.,

    Defendants.

## ORDER DENYING MOTION TO WITHDRAW

Before the court is the December 19, 2005, motion of Evan Nahmias, Loys A. Jordan, III, Lisa Overall, and the law firm of McDonald Kuhn, PLLC, counsel for defendants Worldwide Mortgage Corp., Memphis Financial Services, Inc., and Earnest Wells, requesting leave to withdraw. The motion is denied for failure to comply with Local Rule 83.1(h). Counsel may resubmit their motion after fully complying with the local rules.

It is so ORDERED this 19th day of December, 2005.

SAMUEL H. MAYS, JR.
UNITED STATES DISTRICT JUDGE

This document entered on the docket sheet in compliance
12-22-05



# Notice of Distribution

This notice confirms a copy of the document docketed as number 78 in case 2:05-CV-02019 was distributed by fax, mail, or direct printing on December 22, 2005 to the parties listed.

---

Kristen C. Wright
BASS BERRY & SIMS PLC- Memphis
100 Peabody Place
Ste. 900
Memphis, TN 38103

Stephen G. Smith
THE HARDISON LAW FIRM
119 S. Main St.
Ste. 300
Memphis, TN 38103

Sapna V. Raj
MEMPHIS AREA LEGAL SERVICES, INC.
109 N. Main Street
Ste. 201
Memphis, TN 38103

Mitchel H. Kider
WEINER BRODSKY SIDMAN KIDER, P.C.
1300 19th Street, N.W.
5th floor
Washington, DC 20036--160

Mary Katherine Hovious
BASS BERRY & SIMS PLC- Memphis
100 Peabody Place
Ste. 900
Memphis, TN 38103

W. Timothy Hayes
THE HARDISON LAW FIRM
119 S. Main St.
Ste. 300
Memphis, TN 38103

John S. Golwen
BASS BERRY & SIMS PLC- Memphis
100 Peabody Place
Ste. 900
Memphis, TN 38103

R. Porter Feild
BURCH PORTER & JOHNSON
130 N. Court Avenue
Memphis, TN 38103

Webb A. Brewer
MEMPHIS AREA LEGAL SERVICES, INC.
109 N. Main Street
Ste. 201
Memphis, TN 38103

Virginia Patterson Bozeman
THE HARDISON LAW FIRM
119 S. Main St.
Ste. 300
Memphis, TN 38103

Deena B. Bostian
Memphis Fair Housing Center
109 N. Main
Suite 201
Memphis, TN 38103

Margaret R. Barr-Myers
MEMPHIS AREA LEGAL SERVICES, INC.
109 N. Main Street
Ste. 201
Memphis, TN 38103

Bruce E. Alexander
WEINER BRODSKY SIDMAN KIDER, P.C.
1300 19th Street, N.W.
5th floor
Washington, DC 20036--160

Honorable Samuel Mays
US DISTRICT COURT